**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                                   Civil Action No.  1:14-cv-00777-WDQ

JOHN DOE, subscriber assigned IP address 96.244.4.104,

    Defendant.

                                                 /

**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel.  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>.  John Doe was assigned the IP address 96.244.4.104.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

    Dated:  May 27, 2014

                                                  Respectfully submitted,

                                                  By:     /s/ *Jon A. Hoppe*
                                                  Jon A. Hoppe, Esquire
                                                  jhoppe@mhhhlawfirm.com
                                                  MADDOX, HOPPE, HOOFNAGLE &
                                                  HAFEY, L.L.C.
                                                  1401 Mercantile Lane #105
                                                  Largo, Maryland 20774
                                                  Phone:  301-341-2580
                                                  *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ Jon A. Hoppe_____
Jon A. Hoppe